| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
|   | Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration |
|   | ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    Elizabeth.Firer@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHEN D. KEENAN, | CIVIL NO. 2:08-cv-02063 KJN |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, | |
| Commissioner of | |
| Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff's counsel, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, THREE HUNDRED SIX DOLLARS AND ZERO CENTS ($4,306.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: June 14, 2010  /s/*Manuel D. Serpa*
*(As authorized via email)*

MANUEL D. SERPA
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Dated: June 14, 2010  By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's counsel, as assignee, shall be awarded attorney fees in the amount of FOUR THOUSAND, THREE HUNDRED SIX DOLLARS AND ZERO CENTS ($4,306.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: June 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE